## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

---

JANICE ELAINE CARNAHAN,

      Plaintiff,

- against –

THE STEELSTONE GROUP, LLC
d/b/a GOURMIA,

      Defendant.

Docket No.: 1:20-cv-05791-NGG-RML

**STIPULATION OF DISMISSAL
WITH PREJUDICE**

---

Plaintiff, JANICE ELAINE CARNAHAN ("Plaintiff"), through her respective counsel of record, stipulates to the dismissal of all claims against THE STEELSTONE GROUP, LLC d/b/a GOURMIA ("Defendant") (collectively "The Parties"), as follows:

1.    Plaintiff and Defendant in the above-captioned action resolved their disputes.

2.    The Parties stipulate to the voluntary dismissal *with prejudice* of all claims which were or could have been alleged or brought by Plaintiff against Defendant in this civil action.

3.    This Stipulation does not involve any admission of liability or fault by Defendant.

4.    Costs shall not be assessed against any Party to this stipulation. Each party is to pay its own attorneys' fees and costs.

Respectfully submitted,

**JOHNSON BECKER, PLLC**

Dated: January 29, 2021

*/s/ Adam J. Kress*
Adam J. Kress, Esq.  (MN #0397289)
*Pro Hac Vice to be filed*
444 Cedar Street, Suite 1800
(612) 436-1800
(612) 436-1801 (fax)
akress@johnsonbecker.com

*In association with:*

**SANDERS, PHILLIPS, GROSSMAN, LLC**

*/s/ Randi Kassan*
Randi Kassan, Esq.
100 Garden City Plaza
Suite 500
Garden City, NY 11530
516-741-5600 / 516-741-0128 (fax)
Rkassan@thesandersfirm.com

***Attorneys for Plaintiff***